ALICE L. BUSCH et al., Respondents, *v.* METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant, and CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, Respondent.

Argued October 18, 1938; decided November 22, 1938.

642

The following questions were certified:

" 1. On the facts disclosed by the record on appeal herein, are the plaintiffs, or any of them, entitled to summary judgment?

" 2. On the facts disclosed by the record on appeal herein, is the defendant-respondent The Metropolitan Casualty Insurance Company of New York entitled to summary judgment? "

*Harold W. Newman, Jr.*, and *David Miller* for appellant.

*Lester Grossman* and *Henry B. Wilson* for plaintiffs, respondents.

*Henry N. Rapaport* and *Robert S. Garson* for Robert Benenson et al., *amici curiæ*.

Order affirmed, with costs. First question certified answered in the affirmative, and second question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.